# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 7, 2013

## NO. 03-13-00219-CV

**J. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR**

**THIS DAY** came on to be submitted to this Court appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed; and it appearing that appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.